UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE NO. 01-CR-674

UNITED STATES OF AMERICA

v.

ABDUL SAMPSON,

        Defendant.
_____/

## ORDER

**THIS CAUSE** having come before this Court on defendant Abdul Sampson's Motion for Early Termination of Supervised Release (the "Motion") (DE 180), and this Court having considered the Motion and the Government's response in opposition to the Motion (DE 181),

**IT IS HEREBY ORDERED** that the Motion is denied.

**DONE AND ORDERED** at Newark, New Jersey this ____ day of July, 2011.

                                                HONORABLE KATHERINE S. HAYDEN
                                                United States District Judge